# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                                    **September Term, 2022**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: June 27, 2023** [2005291]

United States of America,

> Appellee

> v.

Kenneth Harrelson,

> Appellant

-------------------------------

Consolidated with 23-3090, 23-3097,
23-3098

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Lynda M. Flippin
Deputy Clerk