IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )( |
| | )( |
| v. | )(  **No.: 23-3097** |
| | )( |
| **ELMER STEWART RHODES** | )( |
| | )( |

**JOINT MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE JUDGE:

COMES NOW JAMES LEE BRIGHT and PHILLIP A. LINDER, attorney of record for Defendant in the above styled and numbered cause and moves the Court to be allowed to withdraw as the Defendant's attorney of record. On May 25, 2023, ELMER STEWART RHODES was sentenced to Two-Hundred Sixteen (216) months in the Federal Bureau of Prisons (BOP).

Good cause exists for withdrawal as counsel in that Defendant wishes for Movants to withdraw so that his chosen appellate counsel, Elizabeth Franklin-Best, 3710 Landmark Dr #113, Columbia, SC 29204, may be appointed to the case. Movants request the Court grant this motion so that Defendant may exercise his Sixth Amendment Right to counsel. Elizabeth Franklin-Best was contacted by Defendant's attorneys, and Ms. Franklin-Best also confirmed the above information.

This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice.

WHEREFORE, the undersigned Movants pray the Court grant this Joint Motion to Withdraw as Attorney of Record for the Defendant in this case.

                                                                                         RESPECTFULLY SUBMITTED,

| /s/ Phillip A. Linder | /s/ James Lee Bright |
|---|---|
| PHILLIP A. LINDER | JAMES LEE BRIGHT |
| | |
| 3300 OAK LAWN AVENUE, SUITE 700 | 3300 OAK LAWN AVENUE, SUITE 700 |
| DALLAS, TEXAS 75219 | DALLAS, TEXAS 75219 |
| TEL: (214) 252- 9900 OFFICE | TEL: (214) 720-7777 OFFICE |
| FAX: (214) 252-9902 FAX | FAX: (214) 720-7778 FAX |
| PHILLIP@THELINDERFIRM.COM | JLBRIGHTLAW@GMAIL.COM |
| TBN: 12363560 | TBN: 24001786 |
| | |
| ATTORNEY FOR ELMER S. RHODES | ATTORNEY FOR ELMER S. RHODES |

## CERTIFICATE OF SERVICE

    This is to certify that on the ___21st___ day of ___July_____, 20__23___, the foregoing Joint Motion to Withdraw as Attorney of Record was delivered to United States Attorney's Office via electronic filing.


/s/ Phillip A. Linder                                          /s/ James Lee Bright
_____                  _____
PHILLIP A. LINDER                                          JAMES LEE BRIGHT