# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer  
Clerk

July 25, 2023

General Information  
(202) 216-7000

Warden (Cumberland FCI)  
Federal Correctional Institution  
Cumberland FCI  
PO Box 1000  
Cumberland, MD 21502-0000

Re:     23-3097 USA v. Elmer Rhodes, III

Dear Warden:

Enclosed is an order from the court filed in a case pending before this court, addressed to Elmer Stewart Rhodes III, 81981-509, a resident of your facility. Your cooperation in delivering the document and obtaining an acknowledgment of receipt would be greatly appreciated.

If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R. §§ 540.2(c), 540.18 and 540.19, or applicable state regulations.

Please have addressee acknowledge receipt by signing below and returning this letter in the envelope provided. Thank you very much for your assistance.

Very truly yours,  
Mark J. Langer, Clerk

BY:     /s/  
Tatiana A. Magruder  
Deputy Clerk

Receipt Acknowledged:

_____          _____

(Signature of Appellant)                                 (Date)

Attachment:
   Instructions to Warden