# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3097**                      **September Term, 2022**

1:22-cr-00015-APM-1

**Filed On: August 21, 2023** [2013368]

United States of America,

    Appellee

  v.

Elmer Stewart Rhodes, III,

    Appellant

------------------------------

Consolidated with 23-3089

## O R D E R

    Upon consideration of the court's order filed on August 8, 2023, holding this case in abeyance pending the district court's resolution of appellant Rhodes' motion for leave to proceed on appeal *in forma pauperis*, and the district court's notification that the motion has been granted, it is

    **ORDERED** that this case be returned to the court's active docket and referred to the Office of the Federal Public Defender for the appointment of counsel.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/
                                  Scott H. Atchue
                                  Deputy Clerk