# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

July 25, 2023

General Information
(202) 216-7000

Warden (Cumberland FCI)
Federal Correctional Institution
Cumberland FCI
PO Box 1000
Cumberland, MD 21502-0000

Re:     23-3097    USA v. Elmer Rhodes, III

Dear Warden:

    Enclosed is an order from the court filed in a case pending before this court, addressed to Elmer Stewart Rhodes III, 81981-509, a resident of your facility. Your cooperation in delivering the document and obtaining an acknowledgment of receipt would be greatly appreciated.

    If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R. §§ 540.2(c), 540.18 and 540.19, or applicable state regulations.

    Please have addressee acknowledge receipt by signing below and returning this letter in the envelope provided. Thank you very much for your assistance.

Very truly yours,
Mark J. Langer, Clerk

BY:     /s/
Tatiana A. Magruder
Deputy Clerk

Receipt Acknowledged:

X _____

(Signature of Appellant)

7-31-23
_____

(Date)

Attachment:
Instructions to Warden

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG 22 2023

RECEIVED



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USCA Case #23-3097    Document #2013839    Filed: 08/22/2023    Page 2 of 2

BALTIMORE MD 212
1 AUG 2023 PM 4 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

CLERKS OFFICE
US COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVE NW  RM 5423
WASHINGTON  DC  20001-2866

20001-9998