# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3089**  **September Term, 2024**

1:22-cr-00015-APM-3
1:22-cr-00015-APM-2
1:22-cr-00015-APM-4
1:22-cr-00015-APM-1

**Filed On: January 6, 2025** [2092723]

United States of America,

    Appellee

  v.

Kenneth Harrelson,

    Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098, 23-3111, 23-3112, 23-3113, 23-3114

## O R D E R

Upon consideration of appellants' amended unopposed motion for extension of time to file opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Defendants' Joint Opening Brief | March 11, 2025 |
| Appendix | March 11, 2025 |
| United States' Opening and Response Brief | September 11, 2025 |
| Defendants' Joint Reply & Response Brief | December 11, 2025 |
| United States' Reply Brief | February 11, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk