UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NO. 23-3097

UNITED STATES OF AMERICA,
Appellee,

v.

ELMER STEWART RHODES, III,
Appellant.

**MOTION FOR INTERIM PAYMENT AND
TO EXCEED CASE FEE LIMIT**

Counsel respectfully asks this Court to allow interim payment pursuant to the Judicial conference policy that has been recently added to the Guide to Judicial Policy. Also, due to the complexity and protracted nature of this appellate process, counsel requests the Court exceed the case fee amount of $9700.

Counsel was appointed to represent Mr. Rhodes on October 12, 2023, for his appeal that has been consolidated with a number of other defendants associated with the January 6, 2021, riot. Document #2021551. The trial transcript alone is 10,491 pages which counsel believes amounts to roughly 20 volumes, and that does not include the trial exhibits which counsel has secured and reviewed.

Given the possibility of a Presidential pardon and due to significant other caseload issues, counsel requested and received an extension to file the opening brief

until March 11, 2025. Counsel expects that due date to be modified based on co-counsel, Stanley Woodward's, pending motion to be relieved of counsel for Mr. Kelly Meggs due to his taking a position with the White House. Counsel expects the Court will need to appoint Mr. Meggs new counsel and this may further delay an opening brief in the case.

Counsel has conferred with Daniel Lenerz of the United States Attorney's Office, and he informed counsel and co-counsel on January 30, 2025, that his office plans to continue prosecuting the appeals for the defendants whose sentences were commuted but who were not pardoned.

Counsel is cognizant of the need to contain costs associated with this case and will diligently work to prevent any duplication of efforts and otherwise reduce any other redundancies that could increase costs.

[Request for relief and signature on next page]

Respectfully, counsel asks this Court to allow for the payment of her interim invoice and to allow her to exceed the current fee limit based on the complexity and protracted nature of this litigation.

                                      Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
Bar No. 64834
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com

February 3, 2025