# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3089**                                                        **September Term, 2025**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: October 10, 2025** [2139758]

United States of America,

        Appellee

    v.

Kenneth Harrelson,

        Appellant

------------------------------

Consolidated with 23-3090, 23-3097,
23-3098

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Defendants' Joint Opening Brief | December 19, 2025 |
| Appendix | December 19, 2025 |
| United States' Brief | June 17, 2026 |
| Defendants' Joint Reply Brief | September 15, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk