# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3089** | **September Term, 2025** |
| | 1:22-cr-00015-APM-3 |
| | 1:22-cr-00015-APM-2 |
| | 1:22-cr-00015-APM-4 |
| | 1:22-cr-00015-APM-1 |

**Filed On: February 23, 2026** [2160489]

United States of America,

      Appellee

  v.

Kenneth Harrelson,

      Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Joint Opening Brief | March 19, 2026 |
| Appendix | March 19, 2026 |
| Appellee's Brief | September 15, 2026 |
| Appellants' Joint Reply Brief | December 14, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk