**No. 23-3089**

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

---

**UNITED STATES OF AMERICA,**
**Appellee,**

**vs.**

**KENNETH HARRELSON,**
**Appellant.**

---

Consolidated with 23-3090, 23-3097,
23-3098

**EMERGENCY MOTION FOR ADDITIONAL WORD LIMIT FOR
APPELLANTS' OPENING BRIEF**

COME NOW Appellants Meggs and Watkins (with no position by Rhodes and Harrelson at this time) by and through undersigned counsel pursuant to D.C. Circuit Rule 27, and where Daniel Lenerz for the US Attorney's Office for the Government opposes this motion (having previously in January 2026 deferred to the Court's position when the request was for 50,000 words) (Motion at Doc. 2153506), and respectfully request that: the opening brief that is currently limited to 40,000 words (Order Doc. 2154587) be extended to 41,000 words. The Brief is due on April 10, 2026, and the Appellants provide the following in support:

Appellants do not request any further extension of time. The attorneys have been working to meet the word limitation, to include work over this past holiday weekend, albeit without all necessary staff support. Work to condense the Brief continued throughout yesterday and last night. Attorneys for Rhodes and Harrelson take no position on this motion at this time. One attorney said they will reduce, but that reduction in word count remains unknown. Mr. Meggs does not want to cut an issue that others have not indicated they will join. Appellants have written arguments for 11-12 non-trivial issues. Work will continue to try to meet the word count but extension to 41,000 instead of 40,000 words may be needed in the end.

There are common but distinct aspects in all the issues as related to the multiple Appellants. The convictions and alleged facts differ for the Appellants. All have worked to consolidate and compress arguments wherever possible.  Extensions were granted because of the ongoing work to meet the Court's requirements. Notably, Mr. Meggs attempted to not have to address the 1512(c)(2) and 1512(k) issues by asking the government to agree to vacate those charges given the SCOTUS ruling in *Fischer*. The government refused for unspecified reasons and said they wanted to see our brief.[1] Because of that refusal to agree to vacatur, and without indication that the government will not argue that the convictions under §§1512(c)(2); (k) should be upheld, Mr. Meggs and Ms. Watkins now must continue to argue both those issues.

---

[1] The government refused despite having consented to vacatur of 1512(k) and 1512(c)(2) convictions before the January 6 pardon for: Matthew Bledsoe, 22-3085; Ronald Mele, 24-3045; Felipe Martinez, 24-3052; Lisa Eisenhart, 23-3170; Maryanne Mooney-Rondon, 23-3236; and Noah Bacon, 23-3134 as examples.

Appellants have reduced individual facts as they apply to each Appellant to achieve brevity whenever possible. All Appellants must close out edits and go into final production on Thursday April 9, 2026, for the Brief's required tables with pagination (tables of Contents and Authorities). They respectfully request the Court Order a government response due by tomorrow morning April 8, 2026, and then grant this emergency Motion.

## CONCLUSION

Wherefore, because the Appellants have worked to meet the Court's word count, and have shown good cause to exceed the current limitation of 40,000 words, and where the ends of justice will be served without detriment to any party, and for any other reasons the Court sees fit, the Court should grant this Emergency Motion for the Brief to be extended from 40,000 to 41,000 words.

Dated April 7, 2026                          Respectfully submitted,

/s/ *Jonathan W. Crisp*                       /s/ *Carolyn A. Stewart*
Jonathan W. Crisp, Esquire              Carolyn A. Stewart
Crisp and Associates, LLC               Stewart Country Law PA
4031 N. Front St.                              1204 Swilley Rd.
Harrisburg, PA 17110                       Plant City, FL 33567
T: 717-412-4676                              T: 813-659-5178
E: jcrisp@crisplegal.com                  E: Carolstewart_esq@protonmail.com
Counsel for Jessica Watkins             Counsel for Kelly Meggs

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned hereby certifies that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i).

1. This motion complies with the type-word limit of Fed. R. App. P. 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 536 words.

2. This brief complies with the requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Carolyn Stewart
Carolyn Stewart, Esq

## CERTIFICATE OF SERVICE

I hereby certify on the 7th day of APRIL 2026, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Carolyn Stewart, Esq.