# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                              **September Term, 2025**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: April 7, 2026** [2167520]

United States of America,

      Appellee

    v.

Kenneth Harrelson,

      Appellant

------------------------------

Consolidated with 23-3090, 23-3097,
23-3098

**O R D E R**

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on March 31, 2026, be suspended pending further order of the court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
       Katy M. Bartelma
       Deputy Clerk